THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent, *v.* HORACE G. PIERCE et al., as Commissioners of Sewage in the City of Rochester, and TOWN OF GATES, Appellants.

*Municipal corporations — mandamus to compel levy of assessment to pay amount due on bonds and certificates of indebtedness.*

*People ex rel. Equitable Life Assur. Socy.* v. *Pierce,* 187 App. Div. 437, affirmed.

(Argued April 12, 1920; decided April 27, 1920.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the fourth judicial

department, entered October 15, 1919, which affirmed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the defendants to levy an assessment to provide funds for the payment of an amount due on bonds or certificates of indebtedness issued by the commissioners of sewage for the tenth, fifteenth and twentieth wards in the city of Rochester and the town of Gates.

*William F. Lynn* for appellants.

*Clifton P. Williamson, Charles W. Pierson* and *L. A. Doherty* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, McLAUGHLIN, CRANE and ELKUS, JJ.